# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-06245-RSWL (ASx) | Date | September 18, 2020 |
|---|---|---|---|
| Title | S.C., a minor, by and through his guardian ad litem Edgar Chang, et. al., v. Alaska Airlines, Inc., et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff | Attorneys Present for Defendant: |
| N/A | N/S |

**Proceedings:** ORDER TO SHOW CAUSE re Petition for Appointment of Guardian Ad Litem for Minor Child

Plaintiffs are ordered to show cause in writing no later than September 28, 2020 why Edgar Chang should be appointed as guardian ad litem for S.C., a minor child, in light of Edgar Chang's own interest in the litigation as a plaintiff on his own behalf and failure to submit a declaration stating that his appointment will not cause a conflict of interest. The filing of a petition for appointment which addresses these deficiencies or the filing of a petition for appointment of another guardian will be a sufficient response to this order to show cause.

IT IS SO ORDERED.

cc:   Ronald S.W. Lew
      U.S. District Judge